

**Attorneys at Law**
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844   F. 516.294.8202
www.lbcclaw.com

Matthew J. Bizzaro
Partner
mbizzaro@lbcclaw.com

Writer's Direct Dial
(516) 837-7441

April 27, 2016

*Via ECF*
Magistrate Judge Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722

   Re: *Alibrandi v. Fleck, Fleck, Fleck et al.*
     Case No. 15-CV-07392

Dear Judge Lindsay:

  We represent the defendants, Fleck Fleck & Fleck, Esqs., Edward A. Fleck, Patricia A. Fleck, Raymond A. Fleck, Jr., and Anthony G. Fleck in the above-referenced matter.

  We write this letter to advise Your Honor that this matter has settled in principle. The parties are currently in the process of preparing and circulating all the relevant settlement documents, and expect to file the Stipulation of Voluntary Dismissal within the next 30-45 days.

  If Your Honor has any questions with respect to the foregoing, please feel free to contact the undersigned.

             Respectfully submitted,

             MATTHEW J. BIZZARO

MJB:aat
cc: Abraham Kleinman, Esq. (*via ECF*)
  Andrew T. Thomasson, Esq. (*via ECF*)